SO ORDERED: June 6, 2012.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  LEWIS PAYNE                                                                       CASE NO.    11-92496
        REGINA PAYNE

DEBTORS
_____

ORDER APPROVING MOTION TO MODIFY PLAN POST-CONFIRMATION
_____

The Court, after reviewing the Motion to Modify Plan filed on May 1, 2012 and no objections being filed, hereby approves the amendments to the confirmed plan. The Order Confirming the Plan shall be modified as follows:

- HSBC Bank, Nevada, NA  shall be allowed a Secured claim in the amount of $3,305.00 at 3.25% interest on its security interest in the two (2) Kawasaki 4-wheelers, and
- The Plan payment will increase to $469.78 per month beginning June2012, and
- The base amount will increase to $27,304.56.

The original Order of Confirmation shall remain in full force and effect except as modified above.

###

JMB